IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SHEILA MEUSE,                    )
                                 )
      Plaintiff,                 )
                                 )        CIVIL ACTION NO.
      v.                         )        2:15cv847-MHT
                                 )           (WO)
DAVID J. SHULKIN,                )
                                 )
      Defendant.                 )

## OPINION

Plaintiff filed this lawsuit asserting discrimination claims based on her race, color, and sex, hostile work environment, retaliation, and constructive discharge. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss plaintiff's case be granted in part and denied in part. Also before the court are defendant's objections to the recommendation. After an independent and de novo review of the record, the court concludes that defendant's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of September, 2017.

                    /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE