**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| SHEILA MEUSE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID J. SHULKIN, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>2:15cv847-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant's objections (doc. no. 32) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 27) is adopted.

(3) Defendant's motion to dismiss (doc. no. 23) is granted to only the following extent:

    (a) Plaintiff's claims for color discrimination are dismissed with prejudice.

    (b) Plaintiff's retaliation claims arising

from events preceding July 25, 2014 are dismissed with prejudice.

(4) Defendant's motion to dismiss (doc. no. 23) is denied in all other respects.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 27th day of September, 2017.

                                       /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**